UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO.09-13303
HON. PATRICK J. DUGGAN

JOINT BOARD OF TRUSTEES OF THE LANSING GLAZIERS LOCAL UNION NO. 826 PENSION & HEALTH & WELFARE TRUST FUNDS,

    Plaintiff(s),

-v-

WILLING GLASS CO., INC.,

    Defendant(s).
_____/

### ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on February 5, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

The Plaintiff having filed a return on summons indicating defendant has been served; therefore

IT IS ORDERED that the Court's Order to Show Cause as to why this case should not be dismissed for failure to serve defendant be and the same is hereby **SET ASIDE.**

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: February 5, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 5, 2010, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager