UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

JOINT BOARD OF TRUSTEES
OF THE LANSING GLAZIERS
LOCAL UNION NO. 826 PENSION
AND HEALTH AND WELFARE
TRUST FUNDS,

     Plaintiff,

vs

WILLING GLASS COMPANY, INC.
a Michigan corporation,

     Defendant.

File No. 2:09-cv-13303

Hon. Patrick J. Duggan

Thomas M. Hitch (P 25558)
McGINTY, HITCH, HOUSEFIELD,
PERSON, YEADON & ANDERSON, P.C.
Attorneys for Plaintiff
601 Abbot Road
East Lansing, MI  48823
517/351-0280

Edward B. Davison (P 26421)
F. Robert Schmelzer (P 23062)
GAULT DAVISON, P.C.
Attorneys for Defendant
G-8455 S. Saginaw, Suite 2
Grand Blanc, MI  48439
810/234-3633

## CONSENT JUDGMENT

     At a session of said Court, held in the U.S. District Courtrooms, Eastern District of Michigan, Southern Division, Detroit, Michigan, on June 15, 2010.
     PRESENT:    HON. PATRICK J. DUGGAN

This matter having come before this Court, on the stipulation of the parties, for entry of a Consent Judgment in favor of Plaintiffs and against Defendant in the amount of $54,115.23, which includes penalties under the Collective Bargaining Agreement, plus attorney fees pursuant to 29 U.S.C. Section 1132(g) in the amount of $2,000, together with costs and post-judgment interest pursuant to 28 U.S.C. 1961, as amended.

NOW, THEREFORE,

IT IS HEREBY ORDERED that judgment be, and is hereby entered, in favor of Plaintiff and against the Defendant in the amount of $54,115,23, which includes penalties under the Collective Bargaining Agreement, plus attorney fees pursuant to 29 U.S.C. Section 1132(g) in the amount of $2,000, together with costs and post-judgment interest pursuant to 28 U.S.C. 1961, as amended.

This Consent Judgment is a final order of this Court and hereby closes this case.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: June 15, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 15, 2010, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager